UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22917-CIV-O'SULLIVAN

[CONSENT]

CONTINENTAL INSURANCE COMPANY,
A Pennsylvania Insurance Company,

        Plaintiff,

vs.

CARIB LINK, S.A.,
a foreign corporation,

        Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the defendant's Motion for Extension of Time (DE # 40, 7/13/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to the defendant's Motion for Extension of Time (DE # 40, 7/13/07) is **GRANTED**.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **2nd** day of August,

2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record